```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ISAAC IGLESIAS, individually and on behalf of all others similarly situated,

                Plaintiff,

-v.-

HRA PHARMA AMERICA, INC.,

                Defendant.

---

22 Civ. 8398 (JHR)

SCHEDULING ORDER

JENNIFER H. REARDEN, District Judge:

    Per the parties' request in light of Defendant's pending motion to dismiss (ECF No. 24), the initial pretrial conference previously scheduled for **April 18, 2023,** at **11:30 A.M.**, is HEREBY ADJOURNED until further notice from the Court. By May 11, 2023, the parties shall meet and confer pursuant to Federal Rule of Civil Procedure 26(f) and discuss an informal exchange of information in aid of early settlement. The parties shall complete any agreed upon informal discovery by June 12, 2023.

    The Clerk of Court is directed to terminate ECF No. 24.

    SO ORDERED.

Dated: April 12, 2023
       New York, New York

                                            *Jennifer H. Rearden*
                                            JENNIFER H. REARDEN
                                            United States District Judge