UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ISAAC IGLESIAS, individually and on behalf
of all others similarly situated,

       Plaintiff,

  -v-                                              No.   22-CV-8398-LTS

HRA PHARMA AMERICA, INC.,

       Defendant.

-------------------------------------------------------x

ORDER

The above-captioned case was transferred to the undersigned on November 4, 2025. The parties are hereby directed to promptly meet and confer and to file a joint status update, **within 14 days** after the entry of this Order, setting forth the following matters:

a. A concise statement of the nature of this action.
b. A concise statement of each party's position as to the basis of this Court's jurisdiction of the action, with citations to all statutes relied upon and relevant facts as to citizenship and jurisdictional amount.
c. The status of settlement discussions and the prospects for settlement of the action in whole or in part, <u>provided</u> that the joint status update shall not disclose to the Court specific settlement offers or demands.
d. Whether mediation might facilitate resolution of the case.
e. A concise statement of all issues to be decided by the Court, including whether any motions are pending or being briefed, and a concise description of the nature and status of any such motions, including whether the parties anticipate filing supplemental briefing or supplemental authority.
f. If applicable, a concise statement of all material uncontested or admitted facts, as well as each party's concise statement of material disputed facts.
g. If applicable, the status of discovery, including whether any further discovery remains and whether any discovery disputes remain.

      h.  Any other information the parties believe may assist the Court in advancing the above-captioned case to settlement or trial, including whether related cases are pending in this court or in any other forum.

SO ORDERED.

Dated: New York, New York
       November 12, 2025

                      /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
                      Chief United States District Judge